IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No. 7:23-cr-00042-2 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| DANIEL FRANK HEGGINS | ) Chief United States District Judge |

## VERDICT FORM

As to the charge in **Count One**, conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349, we, the jury, unanimously find the defendant, DANIEL FRANK HEGGINS:

    __X__                                    _____
   Not Guilty                            Guilty

As to the charge in **Count Two**, aiding and abetting the offense of wire fraud, in violation of 18 U.S.C. § 1343, we, the jury, unanimously find the defendant, DANIEL FRANK HEGGINS:

    _____                                __X__
   Not Guilty                            Guilty

Jury Foreperson Signature: NAME REDACTED

Jury Foreperson Printed Name: NAME REDACTED

Dated: 2/5/25

FILED IN OPEN COURT
DATE 2/5/2025
BY K. Inglim
DEPUTY CLERK
Roanoke DIVISION, WD of VA